1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  BLAINE T. WELSH
   Assistant United States Attorney
4  Nevada State Bar No. 4790
   United States Attorney's Office
5  333 Las Vegas Boulevard South, Suite 5000
   Las Vegas, Nevada 89101
6  Telephone: 702-388-6336
   Facsimile: 702-388-6787
7  Email: *blaine.welsh@usdoj.gov*

8  Attorneys for the United States.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No.: 2:14-cv-00493-JAD-NJK |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CLARK COUNTY, | ) |
| | ) |
| Defendant. | ) |

### MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Antoinette Barksdale to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of her employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

Antoinette Barksdale is a Senior Trial Attorney with the United States Department of Justice Civil Rights Division, an agency of the federal government, is a resident of the District of Columbia, and is a member in good standing of the state bar of the District of Columbia (DC bar number 433201).

The following contact information is provided to the Court:

>Antoinette Barksdale
>Senior Trial Attorney
>U.S. Department of Justice
>Civil Rights Division
>Employment Litigation Section
>950 Pennsylvania Avenue, NW
>Patrick Henry Building, Room 4032
>Washington, DC 20530
>Telephone: (202) 307-6012
>Facsimile: (202) 514-1005
>E-mail: Antoinette.Barksdale@usdoj.gov

Accordingly, the United States respectfully requests that the Court admit Antoinette Barksdale to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 2nd day of April 2014.

DANIEL G. BOGDEN
United States Attorney

 /s/     Blaine T. Welsh
BLAINE T. WELSH
Assistant United States Attorney

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 4, 2014

2