DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
United States Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

Attorneys for the United States.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:14-cv-00493-RFB-NJK |
| Plaintiff, ) | |
| v. ) | |
| CLARK COUNTY, ) | |
| Defendant. ) | |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Robert Galbreath to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of his employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

1     Robert Galbreath is a Senior Trial Attorney with United States Department of Justice, an agency of the federal government, is a resident of the Commonwealth of Virginia, and is a member in good standing of the state bar of the District of Columbia (bar number 460389).

    The following contact information is provided to the Court:

> Robert Galbreath
> Senior Trial Attorney
> U.S. Department of Justice
> Civil Rights Division
> Employment Litigation Section
> 950 Pennsylvania Avenue, NW
> Patrick Henry Building, Room 4028
> Washington, DC 20530
> Telephone: (202) 353-9731
> Facsimile: (202) 514-1005
> E-mail: Robert.Galbreath@usdoj.gov

    Accordingly, the United States respectfully requests that the Court admit Robert Galbreath to practice in the District of Nevada for the duration of employment by the United States.

    Respectfully submitted this 18th day of July, 2014.

> DANIEL G. BOGDEN
> United States Attorney
>
> /s/ *Blaine T. Welsh*
> BLAINE T. WELSH
> Assistant United States Attorney

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: September 9, 2014.

2

## CERTIFICATE OF SERVICE

I, Blaine T. Welsh, certify that the following individuals were served with copies of the MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT on July 18, 2014, by the below identified method of service:

CM/ECF:

Patrick Hicks, Esq.
Matthew T. Cecil, Esq.
LITTLER MENDELSON PC
3960 Howard Hughes Pkwy. #300
Las Vegas, Nevada 89169-5937
*Attorneys for Defendant*

                                                              */s/ Blaine T. Welsh*
                                                              BLAINE T. WELSH
                                                               Assistant United States Attorney