UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>vs.<br><br>CLARK COUNTY,<br><br>        Defendant(s). | Case No. 2:14-cv-00493-RFB-NJK<br><br>ORDER DENYING EX-PARTE MOTION<br><br>(Docket No. 27) |

Pending before the Court is Defendant's *ex-parte* motion filed on November 12, 2014. Docket No. 27. Pursuant to Local Rule 7-5(b), all *ex-parte* motions "shall contain a statement of good cause why the matter was submitted to the Court without notice to all parties." Upon review, the Court sees no statement of good cause and no reason why the motion was filed *ex-parte*. Accordingly, Defendant's *ex-parte* motion (Docket No. 27) is **DENIED** without prejudice. Defendant may re-file the motion, in accordance with the Local Rules, no later than 3:00 p.m. on November 13, 2014.

    IT IS SO ORDERED.

    DATED: November 13, 2014

                                                                _____
                                                                NANCY J. KOPPE
                                                                 United States Magistrate Judge