# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | Case No. 2:14-cv-00493-RFB-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| CLARK COUNTY, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

On December 9, 2014, the parties filed a stipulation to extend discovery deadlines. Docket No. 37. In the stipulation. the parties stated that they "are in the midst of wrapping up their Early Neutral Evaluation ("ENE") settlement discussions" that "have been ongoing since October 28, 2014." *Id.*, at 2. Almost one month has passed since the Court granted the stipulation to extend discovery deadlines. *See* Docket No. 38. To date, nothing has been filed regarding the status of the settlement discussions. *See* Docket. Accordingly, the Court hereby **ORDERS** the parties to file a joint status report regarding any potential settlement, and whether any potential settlement causes the motion to intervene at Docket No. 24 to be deemed moot. The joint status report shall be filed no later than January 12, 2015.

IT IS SO ORDERED.

DATED: January 7, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge