PATRICK H. HICKS, ESQ., Bar # 4632
MATTHEW T. CECIL, ESQ., Bar # 9525
CRYSTAL J. HERRERA, ESQ., Bar # 12396
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:        702.862.8811

Attorneys for Defendant
CLARK COUNTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CLARK COUNTY,<br><br>        Defendant. | Case No. 2:14-CV-00493-RFB-NJK<br><br>ORDER GRANTING REQUEST TO WITHDRAW THE MOTION TO INTERVENE (Dkt. 24) |

Defendant CLARK COUNTY ("Defendant"), Plaintiff UNITED STATES OF AMERICA ("Plaintiff"), and Therese Scupi ("Ms. Scupi") by and through their respective counsel of record, hereby submit the following Joint Interim Status Report, and request to withdraw the Motion to Intervene as moot.

On January 7, 2015, this Court ordered the Parties to submit this Joint Status Report regarding the Motion to Intervene (Dkt. 24) and whether it has been rendered moot by any settlement agreement. (Dkt. 40).

On October 25, 2014, Therese Scupi filed the Charging Party's Motion for Leave to Intervene Pursuant to Fed. R. Civ. Pro. 24(a) and 42 U.S.C. §2003-5(f)(1) (the "Motion") seeking leave to intervene as the charging party upon whose charges of discrimination and retaliation (the "Charges") the United States of America based its Complaint (Dkt. 1) in the above captioned matter;

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

On November 24, 2014, Clark County timely filed its Opposition to the Motion (Dkt. 34) and on December 4, 2014, Ms. Scupi filed a Reply (Dkt. 36). Plaintiff did not file an opposition to the Motion.

On December 16, 2014 Ms. Scupi executed a Settlement Agreement and General Release (the "Settlement"), in which Ms. Scupi released Clark County from all claims against Clark County, including claims of liability for the allegations raised in her Charges, regardless of whether the claims are asserted by Ms. Scupi or by another party.

The Settlement renders the Motion moot and Ms. Scupi no longer desires to intervene in this matter. The Plaintiff and the Defendant intend to file a joint proposed consent decree referencing the settlement agreement and resolving the matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Based upon the foregoing, Defendant, Plaintiff, and Ms. Scupi, by and through their attorneys of record, hereby stipulate and request to withdraw Ms. Scupi's Motion to Intervene. (Dkt. 24).

Dated this 9th day of January, 2015.

Respectfully submitted,

/s/ Sharon L. Nelson
**NELSON LAW**
Sharon L. Nelson, Esq.

Attorneys for Therese Scupi

/s/ Matthew T. Cecil
**LITTLER MENDELSON, P.C.**
Patrick H. Hicks, Esq.
Matthew T. Cecil, Esq.

Attorneys for Defendant

/s/ Antoinette Barksdale
**DEPARTMENT OF JUSTICE CIVIL RIGHTS DIVISION**

VANITA GUPTA, ESQ.
DELORA L. KENNEBREW, ESQ.
SHARYN A. TEJANI, ESQ.
ROBERT GALBREATH, ESQ.
ANTOINETTE BARKSDALE, ESQ.

Attorneys for Plaintiff

United States of America

IT IS SO ORDERED.

Dated: _____ January 12 _____, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge

Firmwide:131028801.2 080841.1001

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

3.