VANITA GUPTA
Acting Assistant Attorney General

DELORA L. KENNEBREW
Chief

SHARYN A. TEJANI (DC Bar No. 456150)
Deputy Chief

ANTOINETTE BARKSDALE (DC Bar No. 433201)
Senior Trial Attorney
ROBERT L. GALBREATH (DC Bar No. 460398)
Senior Trial Attorney
United States Department of Justice
Civil Rights Division
Employment Litigation Section
950 Pennsylvania Avenue, NW
Patrick Henry Building, Room 4032
Washington, DC 20530
Telephone: (202) 307-0612
Facsimile: (202) 514-1005
Email: Antoinette.Barksdale@usdoj.gov

Attorneys for Plaintiff United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY,<br><br>　　　　Defendant. | Case No. 2:14-CV-00493-RFB-NJK<br><br>**JOINT MOTION TO ENTER CONSENT DECREE** |

　　　　Plaintiff United States and Defendant Clark County (the "Parties") jointly move the Court to enter the attached Consent Decree.

/ / /

/ / /

/ / /

As grounds for this motion, the Parties state that the Consent Decree would resolve all outstanding claims in the above-captioned action among them and would be in the interest of justice.

Dated this 15th day of January, 2015.

Respectfully submitted,

/s/ Antoinette Barksdale
DEPARTMENT OF JUSTICE CIVIL RIGHTS DIVISION

VANITA GUPTA, ESQ.
DELORA L. KENNEBREW, ESQ.
SHARYN A. TEJANI, ESQ.
ROBERT GALBREATH, ESQ.
ANTOINETTE BARKSDALE, ESQ.

Attorneys for Plaintiff
United States of America

/s/ Matthew T. Cecil
LITTLER MENDELSON, P.C.

PATRICK H. HICKS, ESQ.
MATTHEW T. CECIL, ESQ.

Attorneys for Defendant
Clark County

IT IS SO ORDERED.

Dated: _____, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

2.