**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY,<br><br>Defendant. | Case No. 2:14-cv-00493-RFB-NJK<br><br>**ORDER APPROVING<br>CONSENT DECREE** |

This case is before the Court on Plaintiff United States of America and Defendant Clark County's Joint Motion to Enter Consent Decree, filed on January 15, 2015. ECF No. 44.

The decision to approve or reject a settlement proposal is within the sound discretion of the district court. S.E.C. v. Randolph, 736 F.2d 525, 529 (9th Cir. 1984). However, [u]nless a consent decree is unfair, inadequate, or unreasonable, it ought to be approved. Also, the courts should pay deference to the judgment of the government agency which has negotiated and submitted the proposed judgment." Id. (citations omitted). The Court has reviewed the proposed consent decree and finds that it is fair, adequate, and reasonable.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Enter Consent Decree (ECF No. 44) is GRANTED. As stated in the Consent Decree, the Court will retain jurisdiction over this case for a period of twenty-four months from the date this Order is entered for the purpose of enforcing the terms of the Consent Decree and resolving any disputes that might arise regarding its terms or implementation.

**DATED** this 20th day of February, 2015.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**